United State Bankruptcy Court
District of Massachusetts

In Re _____Hibel Realty, LLC_____ ,          Case No.___08-1397___
              Debtor

                                             Chapter____11____

## LIST OF EQUITY SECURITY HODLERS

Following is the list of Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for the filing of this Chapter 11 case.

| Name and last know address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert M. Bradley<br>1287 Old Post Road<br>Marston Mills, MA  02648 | | | 40% |
| Bernard J. Laverty<br>195 Highland Street<br>Marshfield, MA  02050 | | | 40% |
| Vincent J. DiMento<br>7 Faneuil Market Place<br>Boston, MA | | | 20% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF COPORATION OR PARNTERSHIP**

I, Robert M. Bradley, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that is true and correct to the best of my information and belief.


Date_____6/23/08_____ Signature _____/s/ Robert M. Bradley, Manager_

*Penalty for making a false statement or concealing property:*  Fined of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.