UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| HIBEL REALTY, LLC | ) Case No. 08-13697-WCH |
| | ) |
| Debtor | ) |

**STATEMENT OF AUTHORITY PURSUANT TO
L.R. 1007-1(C)(2)**

I, Robert M. Bradley, hereby state that as sole Manager of Hibel Realty, LLC I have the authority to sign a petition under Chapter 11 of the Bankruptcy Code on behalf of Hibel Realty, LLC and that I am authorized to retain the firm of Dunbar law P.C., 10 High Street, Boston, MA to represent Hibel Realty, LLC in the filing of such petition and all proceedings under the Chapter 11 case.

Signed under the pains and penalties of perjury this 23rd day of June, 2008.

/s/ Robert M. Bradley
Robert M. Bradley, Manager