UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>HIBEL REALTY, LLC,<br><br>　　　　　Debtor. | Chapter 11<br>Case No. 08-13697 (WCH) |

**MOTION OF LBM FINANCIAL, LLC FOR RELIEF FROM THE AUTOMATIC STAY
TO CONTINUE FORECLOSURE SALE**
**(Expedited Consideration Requested)**

In accordance with Fed. R. Bank. P. 4001(a), LBM Financial, LLC ("LBM") hereby requests that this Court grant it relief from the automatic stay to continue the foreclosure sale of the real property of Hibel Realty, LLC (the "Debtor") located at 337-345 Main Street, Barnstable, Massachusetts (the "Property") which is currently scheduled for July 23, 2008. LBM seeks the requested relief because, shortly before the Debtor filed a voluntary petition in this court, LBM incurred significant expense and effort in serving notices, advertising and promoting the foreclosure sale of its mortgage recorded against the Property. After learning of the bankruptcy filing, LBM adjourned the foreclosure sale to July 23, 2008. This week, LBM will be filing a motion to dismiss this Chapter 11 proceeding or in the alternative for relief from stay to foreclose the mortgage (the "Motion to Dismiss"). Because the Motion to Dismiss will not be heard before July 23, 2008, LBM will be unable to conduct its foreclosure sale on that day. In order to avoid having to incur the additional expenses associated with canceling the foreclosure sale and recommencing foreclosure proceedings if the case is dismissed or if relief from stay is granted, LBM moves for relief from the automatic stay on an expedited basis solely to be permitted to continue the foreclosure sale from July 23, 2008 to September 10, 2008 and from

time to time thereafter while the automatic stay persists in this case. In further support of its request, LBM makes the following statements:

1. On February 16, 2007, the Debtor executed and delivered to LBM a promissory note in the original principal amount of $3,530,000.00 (the "Note").

2. On February 16, 2007, to secure the Debtor's obligations to LBM under the Note, the Debtor granted LBM a first mortgage (the "Mortgage") in the Debtor's Property situated at 337-345 Main Street, Barnstable (Hyannis), Massachusetts (the "Property") pursuant to a Mortgage and Security Agreement recorded with the Barnstable County Registry of Deeds in Book 21804, Page 278 and the Barnstable County Registry District of the Land Court as Document No. 1,057,223 as noted on Certificate of Title No. 169924.

3. The Note matured on February 16, 2008, however the Debtor failed to satisfy its obligations to LBM under the Note and the full amount due under the Note remains unpaid.

4. As of April 18, 2008, the Debtor owed LBM $3,989,721.83 consisting of principal, interest and fees under the Note, plus all interest and fees accruing thereafter, plus attorneys' fees and costs.

5. Pursuant to its rights under the Mortgage, LBM scheduled a foreclosure sale of the Property for May 21, 2008.

6. On the morning of May 21, 2008, Robert Bradley as purported manager of the Debtor filed a voluntary Chapter 11 petition (the "Petition") in this Court.

7. As a result of the Bankruptcy, LBM continued the foreclosure sale to July 23, 2008.

8. Because Bradley is not the manager of the Debtor and had no authority to file the Petition on the Debtor's behalf, LBM will be filing this week a motion to dismiss the bankruptcy

2

proceeding or in the alternative for relief from the automatic stay to pursue foreclosure the Mortgage (the "Motion to Dismiss").

9.      In order to avoid the additional costs associated with cancelling and rescheduling the foreclosure sale pending the outcome of the Motion to Dismiss, LBM requests relief from stay to continue the foreclosure sale from July 23, 2008 to September 10, 2008, and from time to time thereafter so long as the automatic stay in this bankruptcy case persists.

10.     LBM does not believe that continuing the scheduled foreclosure sale represents a breach of the automatic stay, but is aware of the decisions in *In re Heron Pond, LLC*, 258 B.R. 529 (Bankr. D. Mass. 2001) and *In re Hart*, 246 B.R. 709 (Bankr. D. Mass. 2000) and files this motion in an abundance of caution.

WHEREFORE, LBM requests that this Court enter an Order (a) granting this Motion allowing LBM to continue the foreclosure sale from July 23, 2008 to September 10, 2008 and from time to time thereafter, (b) waiving the ten day stay under Fed. R. Bankr. P. 4001(a)(3), and (c) granting such other and further relief as is just and proper.

LBM FINANCIAL, LLC,

Dated: July 16, 2008

*/s/ Meegan B. Casey*
Jeffrey D. Ganz (BBO #564375)
Meegan B. Casey (BBO #648526)
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

3

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

HIBEL REALTY, LLC,

    Debtor.

Chapter 11
Case No. 08-13697 (WCH)

## CERTIFICATE OF SERVICE

    I, Meegan B. Casey, Esq., with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on July 16, 2008, a true and correct copy of the foregoing by first class United States mail, postage pre-paid, or by electronic notification (ECF) where indicated, upon the following interested parties listed below:

Office of the United States Trustee
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, 11th Floor
Boston, MA 02222

Frederick Watson, Esq.
Dunbar Law P. C.
10 High Street, Suite 700
Boston, MA 02110

B,L,F&R Architects Inc.
203 Willow Street
Yarmouthport, MA 02675

Building Engineer Resources, Inc.
28 Main Street, Building A
North Easton, MA 02356

Building Engineering Resources, Inc.
28 Main Street, Building A
North Easton, Ma 02356

Hibel Holdings Trust
c/o DiMento & Sullivan
7 Faneuil Hall Marketplace
Boston, MA 02109

LBM Financial, LLC
171 Locke Drive
Marlborough, MA 01752

Michel D. Ford, Esq.
72 Main Street, Suite 485
West Harwich, MA 02671

Michel D. Ford, Esq.
72 Main Street, Suite 240
Marshfield, MA 02050

Paul Donovan
66 Ruggle Street
Quincy, MA 02169

Seaview Construction
PO Box 1286
Hyannis, MA 02601

4

| | | |
|---|---|---|
| Structures Engineering, Inc.<br>1020 Plain Street, Suite 240<br>Marshfield, MA 02050 | Tax Collector<br>Town of Barnstable<br>267 Main Street<br>Hyannis, MA 02601 | Town of Barnstable<br>267 Main Street<br>Hyannis, MA 02601 |
| Robert M. Bradley<br>1287 Old Post Road<br>Marston Mills, MA 02648 | Bernard J. Laverty<br>195 Highland Street<br>Marshfield, MA 02050 | Vincent J. DiMento<br>7 Faneuil Market Place<br>Boston, MA 0210 |
| Carol A. Ferullo, Trustee<br>Hibel Holdings Trust<br>c/o DiMento & Sullivan<br>7 Faneuil Hall Marketplace, 3rd Floor<br>Boston, Massachusetts 02109 | Town Manager<br>Town of Barnstable<br>367 Main Street<br>Barnstable (Hyannis), MA 02601 | Carol A. Ferullo, Trustee<br>Hibel Holdings Trust<br>171 Locke Drive<br>Marlboro, Massachusetts 01752 |
| Vincent J. DiMento, Manager<br>Hibel Realty LLC<br>337-345 Main Street<br>Hyannis, Massachusetts 02601 | Vincent J. DiMento, Manager<br>Hibel Realty LLC<br>7 Faneuil Hall Marketplace, 3rd Floor<br>Boston, Massachusetts 02109 | Mr. Bernard J. Laverty, Jr.<br>130 Pokanoket Lane<br>Marshfield, Massachusetts 02051 |

/s/ *Meegan Casey*
Meegan Casey

1096188.1

5