UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re:<br>    HIBEL REALTY, LLC,<br>        Debtor | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 08-13697 |

DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE
AND STATEMENT OF NO OPPOSITION TO MOTION OF LBM FINANCIAL, LLC
<u>TO DISMISS DEBTOR'S CHAPTER 11 CASE</u>

Now comes the debtor in the above captioned Chapter 11 proceeding and hereby moves this Honorable Court to dismiss its Chapter 11 petition forthwith and further states it does not oppose the motion of LBM Financial, LLC to Dismiss Debtor's Chapter 11 case. In support thereof, the Debtor states that it no longer wishes to proceed with the case.

Debtor
HIBEL REALTY, LLC
By its attorneys

Dated: August 8, 2008

    /s/ Frederick J. Watson
Frederick J. Watson, BBO# 517670
Dunbar Law P.C.
10 High Street, Suite 700
Boston, MA 02110
(617) 244-3550

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| HIBEL REALTY, LLC ) | Case No. 08-13697-WCH |
| ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE

I, Frederick J. Watson hereby certify that on August 8, 2008 I filed Debtor's Motion to Dismiss Chapter which was electronically filed. I further certify that a true and correct copy have was served on August 8, 2008 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service.

Defendant
Patricia Mavrides
By her attorneys,

/s/ Frederick J. Watson
Frederick J. Watson, BBO#517670
DUNBAR LAW P.C.
10 High Street, Suite 700
Boston, MA 02110
(617) 244-3550